433 A.2d 553
Commonwealth v. Sequinot, Appellant.

Submitted September 11, 1980.  Nino V. Tinari, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 554
Harmer et ux., Appellants v. Ford Motor Company.

Argued March 13, 1980.  Fredrick Dorfman, for appellant;  James J. Donahue, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order appealed from is affirmed.